UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NILOUFER ANNA MARIA BRAGANZA,

                Plaintiff,

- against -

EXECUTIVE SHIP MANAGEMENT PTE. LTD.; BP p.l.c.; BP SHIPPING LIMITED; BP MARITIME SERVICES (SINGAPORE) PTE. LIMITED; BP MARITIME SERVICES (ISLE OF MAN) LTD.; BP MARITIME SERVICES LTD.; BP SHIPPING; and PIPTON, LTD.,

                Defendants.

---

Civil Action No.: 1:10-cv-02115-DLI-MDG

## STIPULATION OF DISMISSAL

Subject to and in reliance upon the terms and conditions of a Letter of Undertaking given by The Britannia Steam Ship Insurance Association Limited dated June 24, 2010, Plaintiff hereby dismisses this action in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 28, 2010
       New York, NY

                                          DeOrchis & Partners, LLP

                                          /s/  John K. Fulweiler

                                      By_____
                                          Vincent M. DeOrchis, Esq.
                                          John K. Fulweiler, Esq.
                                          *Attorneys for Plaintiff*
                                          61 Broadway, 19th Floor
                                          New York, New York 10006
                                          Tel: (212) 344-4700
                                          Fax: (212) 422-5299
                                          E-mail: jfulweiler@marinelex.com